*Typical Invoice*


# FRONT STREET SHIPYARD

Front Street Shipyard  
101 Front Street  
P.O. Box 558  
Belfast, ME 04915  
207-930-3740  

Invoice: 4366  
Date: 4/30/2014  
Terms: Due On Receipt  
Due Date: Upon Receipt  
Invoice Amount: $53,194.86  

Invoice Description:  
April Invoice  

W-Class Yacht Company  
Attn: Donald Tofias  
One Washington Street  
Newport, Rhode Island 02840  

Work Performed On: Wild Horses  

*For activity through April 30, 2014.*

**Work Order (#1036) Wild Horses 2013-14**

**Operation: 270-Electronics**

02 check speedo's have not worked for some time

| | | | |
|---|---|---|---|
| Labor | 2.00 hrs | $65.00/hr | $130.00 |
| Parts | | | $2.49 |
| Subtotal | | | $132.49 |

| Part Name | Quantity | Extension |
|---|---|---|
| 10GA MARINE CABLE GREEN | 2.0000 | $1.23 |
| 12GA MARINE CABLE GREEN | 1.0000 | $0.38 |
| WAGO TERMINAL BLOCK 3 POS | 1.0000 | $0.88 |

Total For: 270-Electronics  
Operation Subtotal: $132.49  
Sales Tax: $0.00  
Operation Total: $132.49  

**Operation: 290-Mechanical**

01 Mechanical Decommission

*Test stove.*

| | |
|---|---|
| Parts | $33.67 |
| Subtotal | $33.67 |

| Part Name | Quantity | Extension |
|---|---|---|
| BURNER CONTROL KNOB | 1.0000 | $28.35 |
| Tubular terminal 6 awg 14 | 2.0000 | $5.32 |

03 Engine removal and Install

*Move engine and gen set. Uncrate engine, bolt on front frame and get ready for lift. Clean engine room, put in lighting, set genset in salon and look for a good location for seacocks and strainer. Locate genset exhaust seacocks, drill holes and champher outside edge and make spacers. Assist with engine install. Lift main engine into position. Lower engine onto beds equalize mount load, front mounts need replacing. Spec. replacement front mounts, that will carry the added weight from the house alternator, skid bracket. Lift engine remove mount bracket, have modified, clean rust out of riser, look for gasket. Machined motor mounts. Order exhaust elbow mounting gaskets and fasteners for Maurice. Install mount brackets and new mounts, align engine. Order parts for fuel manifold and look at with shaft coupling. Chase a gear output coupling retainer flange with Mack Boring. Install exhaust riser, diagnose coupling problem, research possible solutions. Epoxy coated soft patch, installed soft patch.*

| | | | |
|---|---|---|---|
| Labor | 72.25 hrs | $60.00/hr | $4,335.00 |
| Parts | | | $966.70 |
| Subtotal | | | $5,301.70 |

| Part Name | Quantity | Extension |
|---|---|---|

EXHIBIT B